IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH L. FREEMAN, JR., | : | CIVIL ACTION |
| | : | NO. 19-cv-05699 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EARLY WARNING SERVICES, LLC, | : | |
| | : | |
| Defendant. | : | |

# **O R D E R**

**AND NOW** this **9th** day of **March, 2020**, upon consideration of Defendant's motion to dismiss (ECF No. 7), and the response and reply thereto (ECF No. 16 & 17-1), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

    1.   Defendant's motion for leave to file a reply (ECF No. 17) is **GRANTED**;

    2.   Defendant's motion to dismiss (ECF No. 7) is **GRANTED** and the complaint is **DISMISSED** without prejudice for lack of subject matter jurisdiction[1] and for failure to state a claim upon which relief can be granted; and

---

[1] Cottrell v. Alcon Labs., 874 F.3d 154, 164 n.7 (3d Cir. 2017) ("Because the absence of standing leaves the court without subject matter jurisdiction to reach a decision on the merits, dismissals 'with prejudice' for lack of standing are generally improper").

3. The case shall be marked as **CLOSED**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO, J.*